NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRACY NIXON,**

*Plaintiff-Appellant*

**v.**

**GENERAL MOTORS CORPORATION,**

*Defendant-Appellee*

---

2022-2183

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:19-cv-00287-JRG-RSP, Chief Judge J. Rodney Gilstrap.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

Tracy Nixon appeals from the district court's dismissal of his complaint and moves for leave to proceed *in forma pauperis.* In a prior attempt to appeal from this suit, we explained that Mr. Nixon's complaint failed "to present a non-frivolous claim arising under the patent laws" and that his case was "outside of our limited jurisdiction." *Nixon v. Gen. Motors Corp.*, No. 2021-1120, slip. op. at 2 (Fed. Cir.

2                                NIXON v. GENERAL MOTORS CORPORATION

Jan. 21, 2021) (citation and internal quotation marks omitted).  Nothing has changed that would warrant a different conclusion here.  We therefore transfer this appeal pursuant to 28 U.S.C. § 1631 to the appropriate regional circuit, the United States Court of Appeals for the Fifth Circuit.

Accordingly,

IT IS ORDERED THAT:

Pursuant to 28 U.S.C. § 1631, this appeal and all transmittals are transferred to the United States Court of Appeals for the Fifth Circuit.

FOR THE COURT

October 19, 2022                         s/ Peter R. Marksteiner
        Date                             Peter R. Marksteiner
                                         Clerk of Court